INTER-CITY TIRE AND AUTO CENTER, INC., a New Jersey Corp., Appellant, v STERLING NATIONAL BANK et al., Respondents.

Submitted February 1, 2010; decided April 6, 2010

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying a motion to vacate, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the Appellate Division order dismiss-

ing the appeal, dismissed as untimely (*see* CPLR 5513 [b]). Cross motion for the imposition of sanctions denied.